# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JAN -8 PM 2:26
CLERK
SO. DIST. OF GA.

William Craig Sonnenberg

_____
Plaintiff

Case No. 4:18-CV-00163

v.  Martin Marietta Materials, Inc., et al.

_____
Defendant

Appearing on behalf of

Martin Marietta Materials, Inc.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __8th__ day of __January__, __2019__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Matthew Nolan Foree |
| Business Address: | Freeman Mathis & Gary, LLP |
| | Firm/Business Name |
| | 100 Galleria Pkwy, Suite 1600 |
| | Street Address |

| Street Address (con't) | Atlanta 30339 | GA | 30339 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (770) 818.4245 | | 268702 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: mforee@fmglaw.com