# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

WILLIAM CRAIG SONNENBERG,

      Plaintiff,

    v.

MARTIN MARIETTA MATERIALS, INC.,
NORFOLK SOUTHERN RAILWAY
COMPANY, and CENTRAL OF
GEORGIARAILROAD COMPANY,

      Defendants.

CIVIL ACTION NO.: 4:18-cv-163

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 50.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 20th day of November, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA